AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 22 2016

SEAN F. McAVOY, CLERK
                    DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| D. BRENT VICKERS,<br>*Plaintiff*<br>v.<br><br>PEND OREILLE COUNTY,<br>*Defendant* | )<br>)<br>)  Civil Action No. 2:15-cv-00151-JLQ<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* PEND OREILLE COUNTY recover costs from the plaintiff *(name)* D. BRENT VICKERS.

☐ other:


This action was *(check one)*:

☑ tried by a jury with Judge Justin L. Quackenbush presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for


Date: August 22, 2016

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Ann Mauk
*(By) Deputy Clerk*

Lee Ann Mauk